Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**F I L E D**
CLERK, U.S. DISTRICT COURT

1/17/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ LR _____ DEPUTY

Case Number    2:25-cr-00040-HDV          Defendant Number  4

U.S.A. v.  Clint Jordan Lopaka Nahooikaika BORGE          Year of Birth  1983

[✓] Indictment          [ ] Information          Investigative agency (FBI, DEA, etc.)  HSI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense  _____

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles        [ ] Ventura

[ ] Orange             [ ] Santa Barbara

[ ] Riverside          [ ] San Luis Obispo

[✓] San Bernardino     [ ] Other _____

Citation of Offense    18 U.S.C. 2252A(g)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No        [ ] Yes

If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

_____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: _____

Case Number:  N/A

Assigned Judge: _____

Charging: _____

The complaint/CVB citation:

[ ] is still pending

[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?    [✓] No    [ ] Yes

IF YES, provide Name: _____

Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*        [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*        [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**    [ ] Yes    [ ] No

This is the  N/A  superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

_____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*        [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*        [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes        [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male          ☐ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s)   "whoops" and "Jordan"

_____

This defendant is charged in:
   ☑ All counts
   ☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
   18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166(b)(7).

Is defendant a juvenile?        ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case
include(s):

☐ financial institution fraud     ☐ public corruption

☐ government fraud                ☐ tax offenses

☐ environmental issues            ☐ mail/wire fraud

☐ narcotics offenses              ☐ immigration offenses

☑ violent crimes/firearms         ☐ corporate fraud

☑ Other   child sexual exploitation

_____

**CUSTODY STATUS**

Defendant is **not in custody**:
   a. Date and time of arrest on complaint:  N/A _____
   b. Posted bond at complaint level on: _____
      in the amount of $ _____
   c. PSA supervision?  ☐ Yes  ☐ No
   d. Is on bail or release from another district:

   _____

Defendant is **in custody**:
   a. Place of incarceration:  ☐ State  ☐ Federal
   b. Name of Institution:  N/A _____
   c. If Federal, U.S. Marshals Service Registration Number:

   _____
   d. ☐ Solely on this charge.  Date and time of arrest:

   _____
   e. On another conviction:     ☐ Yes        ☐ No
      IF YES :  ☐ State    ☐ Federal    ☐ Writ of Issue
   f. Awaiting trial on other charges:  ☐ Yes  ☐ No
      IF YES :  ☐ State   ☐ Federal   AND
      Name of Court: _____
      Date transferred to federal custody: _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P. _____ 20  _____ 21  _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

Date _____ 01/16/2025 _____

_Catharine Richmond_
Signature of Assistant U.S. Attorney
CATHARINE A. RICHMOND
Print Name