UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:25-cr-00040-HDV-4           Date: 03/03/2025

Present: The Honorable: Brianna Fuller Mircheff, United States Magistrate Judge

Interpreter N/A                         Language N/A

| Christianna Howard | 03/03/2025 | Catherine Richmond |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✓ Present  In Custody           Attorneys for Defendants:  ✓ Present  Retained

Clint Jordan Lopaka Nahooikika Borge                    Matthew D. Kohn

Proceedings: Arraignment of Defendant and/or   ✓ Assignment of Case   Appointment of Counsel
                                                Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Hernan D. Vera.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 04/29/2025 9:00 AM;
Pre-Trial Conference: 04/17/2025 1:30 PM
* Government counsel provides trial estimate of 10 days.
* The parties are referred to Judge Vera's Procedures & Schedules on the Court's website at www.cacd.uscourts.gov to obtain a copy of the Criminal Standing Order.
Judge Vera is located in 5B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA      PSAED      PSASA
  ✓  USMLA      USMED      USMSA        Initial Appearance/Appointment of Counsel: 00 : 00
     Statistics Clerk      Interpreter                      Arraignment: 00 : 05
     CJA Supervising Attorney   Fiscal       Initials of Deputy Clerk: CH by TRB