CATHARINE A. RICHMOND (Cal. Bar No. 301184)
Assistant United States Attorney
Violent & Organized Crime Section
312 North Spring Street, 13th Fl. Los Angeles, CA 90012
Tel: (213) 894-7162 Facsmile: 213-894-0141

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br>CLINT JORDAN LOPAKA NAHOOIKAIKA BORGE<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 25-00040-HDV-4<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: **(List Documents)**

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF CATHARINE A. RICHMOND; [PROPOSED] ORDER SEALING DOCUMENT; UNDER SEAL DOCUMENTS

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 5, 2025                                        CATHARINE A. RICHMOND
Date                                                      Attorney Name
                                                              United States of America
                                                              Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*