| Submit this form by e-mail to: | | FILED |
|---|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty. | | |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty. | | |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty. | | 2025 FEB 28 AM 11:02 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: MMC

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| v.           PLAINTIFF | 2:25-CR-00040-HDV |
| CLINT BORGE | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 11540-506        DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 02/27/2025 at 1400 ☐ AM ☒ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 2252 ENGAGING IN A CHILD EXPLOITATION ENTERPRISE

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☒ Yes  Language: SPANISH

7. Year of Birth: 1983

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): _____

11. Name: T. STOVALL _____ (please print)

12. Office Phone Number: 213-620-7676        13. Agency: USMS

14. Signature: [signature]              15. Date: 02/28/25

CR-64 (09/20)        REPORT COMMENCING CRIMINAL ACTION