FILED

RECEIVED USMS-LA
01/21/2025
FID: 11757333

2025 FEB 28 AM 11:03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: MMC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br>v.<br>CLINT JORDAN LOPAKA NAHOOIKAIKA BORGE, aka "WHOOPS" and "JORDAN,"<br>DEFENDANT | CASE NUMBER:<br>2:25-cr-00040-HDV 4<br>**WARRANT FOR ARREST** |

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest CLINT JORDAN LOPAKA NAHOOIKAIKA BORGE, aka "WHOOPS" and "JORDAN" and bring him forthwith to the nearest Magistrate Judge to answer an Indictment charging him with Child Exploitation Enterprise, in violation of Title 18, United States Code, Section 2252A(g).

RECD USMS/HI 01/31/'25 12:46

Brian Karth
TITLE OF ISSUING OFFICER

[signature]
SIGNATURE OF DEPUTY CLERK



January 17, 2025 Los Angeles, CA
DATE AND LOCATION OF ISSUANCE

By: STEVE KIM
NAME OF JUDICIAL OFFICER

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

01/23/2025
DATE RECEIVED

01/30/2025
DATE OF ARREST

Cameron Busby
NAME OF ARRESTING OFFICER

Special Agent
TITLE

[signature]
SIGNATURE OF ARRESTING OFFICER

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO