JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
CATHARINE A. RICHMOND (Cal. Bar No. 301184)
Assistant United States Attorney
Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7162
     Facsimile: (213) 894-0141
     Email:    catharine.richmond@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROHAN SANDEEP RANE, ET AL., <br> COLLIN JOHN WALKER, and <br> CLINT JORDAN BORGE, <br><br> Defendants Defendant. | No. CR 25-40-HDV <br><br> [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT <br><br> **[PROPOSED] TRIAL DATE: [10-07-25]** <br><br> [PROPOSED] PRETRIAL CONFERENCE: [09-25-25] |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on March 21, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

1    The Court further finds that:  (i) the ends of justice served by
2 the continuance outweigh the best interest of the public and
3 defendant in a speedy trial; (ii) failure to grant the continuance
4 would be likely to make a continuation of the proceeding impossible,
5 or result in a miscarriage of justice; and (iii) failure to grant the
6 continuance would unreasonably deny defendant continuity of counsel
7 and would deny defense counsel the reasonable time necessary for
8 effective preparation, taking into account the exercise of due
9 diligence.
10   THEREFORE, FOR GOOD CAUSE SHOWN:
11   1.  The trial in this matter is continued from April 8, 2025
12 (defendant Walker) and April 29, 2024 (defendant Borge) to October 7,
13 2025.  The status conference hearing is continued to September 25,
14 2025.
15   2.  The time period of April 8, 2025 (defendant Walker) and
16 April 29, 2024 (defendant Borge) to October 7, 2025, inclusive, is
17 excluded in computing the time within which the trial must commence,
18 pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).
19 //
20
21 //
22
23 //

2

3.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____           _____
  DATE                                HONORABLE HERNÁN D. VERA
                                      UNITED STATES DISTRICT JUDGE

Presented by:

*Catharine Richmond*
_____
CATHARINE A. RICHMOND
Assistant United States Attorney

3